UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

         Plaintiff,

  v.

MICHAEL GALLAGHER,

         Defendant.
_____

DECISION & ORDER

18-MJ-4051

    Pending before the Court is defendant Michael Gallagher's renewed motion for early termination of his probation supervision. (Docket ## 52, 62). His five-year term of supervision is due to expire approximately ten months from now, on July 22, 2024. (Docket # 62). Defendant argues that he has remained compliant with his conditions of supervision, that his mental health has improved and he is now stable, and that he no longer requires supervision. (*Id.*).

    The government does not oppose defendant's request (Docket # 64), although the United States Probation Office ("the Probation Office") does (Docket # 65). In a Memorandum to the Court dated September 14, 2023 (Docket # 65), defendant's supervising officer noted that in March 2022 defendant "displayed signs of mental health decompensation and noncompliance with mental health treatment," but since then has "turned his motivation towards supervision in a positive direction." (*Id.*). According to her, defendant has made significant positive strides and is likely, "with continued treatment," to be able to progress with managing his behavioral issues. (*Id.*). While she commends him for maintaining compliance with conditions, she notes that the Probation Office is opposed to defendant's request. (*Id.*).

Having considered defendant's motion and the Probation Office's opposition thereto, this Court denies defendant's motion at this time.  The Court is open to considering a further application by defendant to terminate his supervision six months before it is scheduled to expire, assuming defendant continues to be compliant and make positive strides.

## CONCLUSION

For the reasons stated above, defendant Michael Gallagher's renewed motion for early termination of his probation supervision **(Docket ## 52, 62)** is **DENIED without prejudice to renewal**.

IT IS SO ORDERED.

                                                *s/Marian W. Payson*
                                                MARIAN W. PAYSON
                                               United States Magistrate Judge

Dated:  Rochester, New York
          September 15, 2023